-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIO PAREDES, 91-A-7695,

    Plaintiff,

-v-

CORRECTION OFFICER CHARRONE,
CORRECTION OFFICER FRISBEE,
CORRECTION OFFICER CARPENTER,
CORRECTION OFFICER REX,
SERGEANT COX, MS. JOHNSON (NURSE),
SUPERITENDENT JAMES BURGE,
SUPERINTENDENT MCGINNIS, THOMAS EAGEN,
GLENN S. GOORD, JOHN DOE #1, CORRECTION OFFICER,
JOHN DOE #2, CORRECTION OFFICER,
MR. CLESICK (I.G.R.C.), C. PARMITER (I.G.R.C.),
and JOHN DOE #3, CORRECTION OFFICER,

    Defendants .

DECISION AND ORDER
05-CV-0904Sr

---

Plaintiff, who is incarcerated in the Southport Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

Plaintiff is directed to identify the John Doe defendants through discovery as soon as possible, and then apply to this Court for an order directing amendment of the caption and service on the defendants as soon as they have been identified.

SO ORDERED.

Dated: JUNE 2, 2006
Rochester, New York

_Charles Siragusa_
CHARLES J. SIRAGUSA
United States District Judge